| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Lynch, Brian D. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, W.D. WA at Tacoma | 3. Date of Report<br><br>01/20/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Bankruptcy Court
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Brian D. | 01/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Saint James Cathedral - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 29-November 1, 2013 | Atlanta, GA | Annual Conference | Airfare, Three nights hotel and some meals |
| 2. | Northwest Bankruptcy Institute | April 11-13, 2013 | Vancouver, WA | Seminar | Registration, two nights hotel and some meals |
| 3. | National Conference of Bankruptcy Judges | August 3-6, 2013 | New York City, NY | Chapter 13 Trustees' Annual Conference | Airfare, Transport to and from airport, some meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Brian D. | 01/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Brian D. | 01/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. Chase Bank # | A | Interest | M | T | | | | | |
| 3. Washington Federal (IRA)(CDs) # | A | Interest | N | T | | | | | |
| 4. Wells Fargo Bank # | A | Interest | L | T | | | | | |
| 5. -I Shares S&P Sm Blend (IJR) # | A | Int./Div. | L | T | | | | | |
| 6. -I Shares S&P MidCap Value (IJJ) # | A | Int./Div. | L | T | | | | | |
| 7. -I Shares S&P Small Cap Value Index (IJS) # | A | Int./Div. | K | T | | | | | |
| 8. -Am Funds Europacific Growth Fund (AEPGX) # | A | Int./Div. | J | T | | | | | |
| 9. -Vanguard 500 Index Fund (VFINX) # | B | Int./Div. | M | T | | | | | |
| 10. -Am Funds AMCAP Fund Class A (AMCPX) # | A | Int./Div. | J | T | | | | | |
| 11. -PowerShares QQQ Trust (QQQ) # | B | Int./Div. | L | T | | | | | |
| 12. -Am Funds Growth Fund of America Class A (AGTHX) # | A | Int./Div. | J | T | | | | | |
| 13. -SPDR S&P 500 ETF(SPY) # | B | Int./Div. | L | T | | | | | |
| 14. -I Shares Msci Emerging Mkt Fund (EEM) # | A | Int./Div. | K | T | | | | | |
| 15. -I Shares Barclays Aggregate Bond Fd (AGG) # | B | Interest | K | T | | | | | |
| 16. -I Shares S&P US Preferred Fd (PFF) # | C | Int./Div. | K | T | | | | | |
| 17. -Vanguard Reit (VNQ) # | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Brian D. | 01/20/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus Growth and Income Fund (DGRIX) # (Y) | | | | | | | | | |
| 19. Fidelity Investments VIP Contrafund Fund #(Y) | | | | | | | | | |
| 20. Mutual of America Bond Fund #(Y) | | | | | | | | | |
| 21. -Schwab Govt Money Fund (SWGXX) # | A | Interest | K | T | | | | | |
| 22. Wells Fargo Stable Value Class M #(Y) | | | | | | | | | |
| 23. Advisors Disciplined Tr UT 1005 | A | Interest | J | T | Buy | 03/20/13 | J | | |
| 24. Mutual of America Equity Index Fund #(Y) | | | | | | | | | |
| 25. iShares Msci EAFE Index (EFA) # | B | Int./Div. | K | T | | | | | |
| 26. Schwab Money Market (MMF) # | A | Interest | K | T | | | | | |
| 27. Advisors Disc Tr UT 825 # | A | Int./Div. | | | Sold | 03/19/13 | K | A | |
| 28. Advisors Disc Tr UT 1019 | A | Dividend | J | T | Buy | 03/20/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Brian D. | 01/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

The (Y) designation in Part VII refers to the fact that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The investments designated with a (Y) are ▮▮▮▮▮▮.

The Amended Report is filed in response to the Inquiry from the Committee. In hindsight, I understand that in March 2013 my financial advisor sold my Advisors Disciplined Trust UT #825 (these are all unit investment trusts), and with the proceeds purchased two other unit investment trusts, Advisors Disciplined Trust # 1019 and Advisors Disciplined Trust # 1005. #825 was sold for just over $30,000, and the two trusts were purchased were for just over and just under $15,000 respectively.

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Brian D. | 01/20/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian D. Lynch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544